# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO. 24-cr-353 (CRC)** |
| **RIVES MILLER GROGAN** ) | |
| ) | |
| Defendant. ) | Judge Christopher R. Cooper |

## DEFENDANT'S RESPONSE TO MINUTE ORDER

The Defendant Rives Grogan ("Mr. Grogan"), through undersigned counsel, respectfully responds to the minute order of August 5th 2024, as follows. Defendant Grogan requests that the case against him be dismissed with prejudice. The charges against him were filed on the 10th of July 2019. The case against him never proceeded to trial. On the 5th of August 2024, Magistrate Judge Robin M. Meriweather produced a report and recommendation followed by the rendering of a minute order. The order stated that the United States must file a status report on or before August 19th 2024 addressing whether it wishes to prosecute this case, given the passage of time since the information had originally been filed. Subsequently, the Defendant was to file a response to the status report. However, the United States did not file such a status report on or before the 19th of August 2024, failing to indicate the Government position.

## CONCLUSION

For the aforementioned reasons, the Defendant Rives Grogan, by and through his attorney, respectfully requests the renewal of his motion to dismiss with prejudice.

DATE: August 26 2024                                              Respectfully submitted,

                                        s/Mark L. Goldstone

                                        Mark L. Goldstone, Esq.

                                        Bar # 394135

                                        1496 Dunster Lane

                                        Rockville, MD 20854

                                        (301) 346-9414

                                        mglaw@comcast.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of August, 2024, I caused a copy of this pleading to be served upon counsel of record for the Government, Matthew Graves, Esq. via the Electronic Case Filing (ECF) system.

s/Mark L. Goldstone

                                                          Mark L. Goldstone, Esq.