UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO. 24-cr-353 (CRC)** |
| **RIVES MILLER GROGAN** | ) | |
| | ) | |
| Defendant. | ) | Judge Christopher R. Cooper |

## DEFENDANT'S RESPONSE TO MINUTE ORDER

The Defendant Rives Grogan ("Mr. Grogan"), through undersigned counsel, respectfully responds to the Minute Order of January 23, 2025, as follows. Defendant Grogan requests that the case against him be dismissed with prejudice. The misdemeanor charge of contempt against him was filed on the 10th of July 2019. The case against him never proceeded to trial, and no trial date was ever set.

On the 5th of August 2024, Magistrate Judge Robin M. Meriweather produced a Report and Recommendation followed by the rendering of a Minute Order. The order stated that the United States must file a status report on or before August 19th 2024 addressing whether it wishes to prosecute this case, given the passage of time since the information had originally been filed. Subsequently, the Defendant was to file a response to the status report. However, the United States did not file such a status report on or before the 19th of August 2024, failing to indicate the Government position as to whether they wished to prosecute.

Judge Cooper gave the Government a further opportunity to indicate their position as to whether they wished to prosecute by a Minute Order dated January 14, 2025 giving the Government until January 21, 2025 to respond with their position. The Government as of January 22, 2025 has not responded.

Despite the lack of any response by the Government since August 19, 2024, Judge Cooper Judge Cooper gave the Government a further, and hopefully final opportunity to indicate their position as to whether they wished to prosecute by a Order dated January 23, 2025. That Order gave the Government until January 30, 2025 to respond with their position. The Government as of January 31, 2025 has not responded.

## **CONCLUSION**

For the aforementioned reasons, the Defendant Rives Grogan, by and through his attorney, respectfully requests the renewal of his motion to dismiss with prejudice, because the Government has expressed no interest in prosecuting this case, in a timely manner under the Speedy Trial Act despite the lengthy lapse of time from the date the charge against Mr. Grogan was filed in July of 2019, more than 5 years ago, and yet Grogan continues under the supervision of Pre-trial services and pre-trial stay away conditions.

DATE: January 31, 2025                                Respectfully submitted,

        s/Mark L. Goldstone

        Mark L. Goldstone, Esq.
        1496 Dunster Lane
        Rockville, MD 20854
        (301) 346-9414
        Bar #394135
        mglaw@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2025, I caused a copy of this pleading to be served upon counsel of record for the Government, Edward Martin, Jr., Esq. via the Electronic Case Filing (ECF) system.

                                                  s/Mark L. Goldstone

                                                  Mark L. Goldstone, Esq.